# United States District Court
# For The Western District of North Carolina
# Asheville Division

Billy Ray Locklear ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                 1:10-cv-75

Boyd Bennett, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/19/2010 Order.

                                                     Signed: April 19, 2010

                                                     Frank G. Johns, Clerk
                                                     United States District Court