# United States District Court
# For The Western District of North Carolina
# Asheville Division

BILLY RAY LOCKLEAR,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                   1:10CV75

BOYD BENNETT, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/1/2011 Order.

                                              Signed: June 1, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court